IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **OVELL T. BARBER,** | ) |
| Plaintiff, | ) Case No. 7:14-cv-000519 |
| v. | ) |
| **CNTHIA HALL, <u>et</u> <u>al</u>.** | ) By: Michael F. Urbanski |
| | ) United States District Judge |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the court **ADOPTS in part** and **DENIES in part** the report and recommendation (ECF No. 63), **GRANTS** defendants' motions for summary judgment (ECF Nos. 37, 46, 49), and **GRANTS** Barber's motions to compel (ECF Nos. 57, 58), which are re-styled as motions to file supplemental pleadings pursuant to Rule 15(d) of the Federal Rules of Civil Procedure. Barber has thirty (30) days to file a supplemental pleading setting forth the basis for his retaliation claim.

It is **SO ORDERED**.

Entered: September 11, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge