CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 16 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| OVELL T. BARBER, | ) | Civil Action No. 7:14-cv-00519 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| C. HALL, *et al*, | ) | United States District Judge |
| Defendant(s). | ) | |

Ovell T. Barber, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered October 26, 2015, the court directed plaintiff to submit a supplemental pleading setting forth the basis for his retaliation claim. The Order further directed the plaintiff to file his supplemental pleading within ten (10) days if he still desired to pursue this claim. The plaintiff was warned that failure to file a supplemental pleading or otherwise respond to the Order would result in immediate dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 16R day of November, 2015.

/s/ *Michael F. Urbanski*
United States District Judge